# Arnold & Porter

James Herschlein
+1 212.836.8655 Direct
James.Herschlein@arnoldporter.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2023

June 28, 2023

**VIA ECF**

The Honorable Judge Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    *Alcazar Capital Partners Co. v. Kurdistan Regional Government of Iraq*,
                Case No. 23-cv-186 (S.D.N.Y.)

Dear Judge Caproni:

      We represent defendant the Kurdistan Regional Government of Iraq in this case, which concerns plaintiff Alcazar Capital Partners Company's effort to enforce a judgment issued in Kuwait against the Kurdistan Regional Government. We write on behalf of both parties, with Alcazar's consent, to request a stay of proceedings and adjournment of all pending deadlines.

      As explained in our May 22, 2023 letter, Kuwait's highest court—the Kuwait Court of Cassation—has entered an order temporarily suspending enforcement of the Kuwaiti judgment pending resolution of an ongoing challenge to that judgment. That order remains in effect, and there is no deadline to help predict when the status of proceedings in the Court of Cassation may change. Because any future decision in Kuwait may affect proceedings before this Court, the parties respectfully request a stay of proceedings and adjournment of all pending deadlines in this Court until the Court of Cassation takes action to lift the order suspending enforcement of the Kuwaiti judgment. The parties are prepared to update the Court on the status of proceedings in Kuwait every 30 days.

      This is the parties' first request for a stay and adjournment. We appreciate your consideration of this request.

                                                               Respectfully submitted,

                                                               */s/ James D. Herschlein*
                                                               James D. Herschlein
                                                               John B. Bellinger, III

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com

# Arnold & Porter

June 28, 2023
Page 2

cc: All Counsel of Record via ECF

> Application GRANTED. The Clerk of Court is respectfully directed to STAY the case. All deadlines are adjourned *sine die*. Beginning on **August 1, 2023**, the parties must submit a status update to the Court on the first business day of every month.
>
> SO ORDERED.
>
> *[Signature: Valerie Caproni]*  06/28/2023
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE