# Arnold & Porter

Sally Pei
+1 202.942.6581 Direct
Sally.Pei@arnoldporter.com

March 6, 2024

*Application granted. The Court finds that there is good cause for an extension given the obligations of the foreign officials and the potential for action in the related Kuwaiti proceeding.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: March 6, 2024*

**VIA ECF**

The Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *Alcazar Capital Partners Co. v. Kurdistan Regional Government of Iraq*, Case No. 23-cv-186 (S.D.N.Y.)

Dear Judge Subramanian:

The Kurdistan Regional Government of Iraq has instructed undersigned counsel to seek an extension of time to file its motion to dismiss the complaint in the above-captioned matter. The motion to dismiss is currently due today, March 6, 2024. The Kurdistan Regional Government requests an additional two weeks, up to and including March 20, 2024, to file its motion.

Pursuant to the Court's Individual Practice Rule 3.E, and recognizing that, under that rule, any request for an extension should ordinarily be made more than two business days in advance of the relevant deadline, the Kurdistan Regional Government states as follows:

(1) The Kurdistan Regional Government's motion is currently due today, March 6, 2024.

(2) This is the Kurdistan Regional Government's fourth request for an extension or adjournment of deadlines in this matter. *See* ECF No. 16 (requesting extension of deadline to respond to complaint); ECF No. 19 (same); ECF No. 21 (requesting stay of proceedings and adjournment of all pending deadlines).

(3) Alcazar Capital Partners Co. ("Alcazar") consented to each of the Kurdistan Regional Government's prior requests for an extension or adjournment, and each request was granted. ECF No. 18; ECF No. 20; ECF No. 22.

March 6, 2024
Page 2

(4) Undersigned counsel understands that an extension is needed because senior officials of the Kurdistan Regional Government—including those whose approval is needed for the motion to dismiss—have been occupied with the recent official visit of Prime Minister Masrour Barzani to the United States, which took place from February 24 to March 5, 2024.[1] The preparations for that visit, as well as an intensive schedule of meetings with U.S. government representatives, have impeded the ability of the relevant Kurdistan Regional Government officials to review and approve the motion to dismiss, which is fully drafted.

In addition, undersigned counsel have been advised that there have been new developments in Kuwait relevant to the default judgment entered against the Kurdistan Regional Government, and that the Kurdistan Regional Government will soon be seeking, through Kuwaiti counsel, new relief in Kuwait that may alter the status quo.

(5) Counsel for the Kurdistan Regional Government contacted counsel for Alcazar to ascertain Plaintiff's position on this request. Counsel for Alcazar stated that Alcazar consents to a two-day extension, to Friday, March 8, 2024, but does not consent to the two-week extension that the Kurdistan Regional Government is requesting. Alcazar objects to the request as untimely, pretextual, meritless, and excessive.

(6) The parties currently do not have any scheduled appearances before the Court. The current existing deadlines in the case, as well as the Kurdistan Regional Government's proposed amendments to those deadlines, are set forth below.

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Kurdistan Regional Government's Motion to Dismiss | March 6, 2024 | March 20, 2024 |
| Alcazar Capital Partners Co.'s Response | May 6, 2024 | June 3, 2024 |

---

[1] *See, e.g.*, Press Release, Kurdistan Regional Government, Prime Minister Masrour Barzani Embarks on Official Visit to Washington (Feb. 25, 2024); https://bit.ly/432ZkPC; Press Release, U.S. Dep't of State, Secretary Antony J. Blinken and Kurdistan Regional Government Prime Minister Masrour Barzani Before Their Meeting (Feb. 26, 2024), https://bit.ly/49ERcXV; Press Release, The White House, Readout of National Security Advisor Jake Sullivan's Meeting with the Prime Minister of Iraq's Kurdistan Regional Government (KRG) Barzani (Feb. 29, 2024), https://bit.ly/4c3QqFx.

**Arnold & Porter**

March 6, 2024
Page 3

| Kurdistan Regional Government's Reply | May 27, 2024 | June 24, 2024 |
|---|---|---|

      The Kurdistan Regional Government respectfully requests that its motion for an extension of time to file its motion to dismiss be granted and thanks the Court for considering this request.

                                          Respectfully submitted,

                                          */s/ Sally Pei*
                                          Sally Pei (*pro hac vice*)
                                          John B. Bellinger, III (*pro hac vice* pending)
                                          Arnold & Porter Kaye Scholer LLP
                                          601 Massachusetts Ave., NW
                                          Washington, D.C. 20001-3742
                                          (202) 942-5000
                                          Sally.Pei@arnoldporter.com

                                          *Counsel for Defendant*
                                          *Kurdistan Regional Government of Iraq*

cc:       All Counsel of Record via ECF