UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALCAZAR CAPITAL PARTNERS COMPANY,<br><br>       Plaintiff,<br><br> -against-<br><br>KURDISTAN REGIONAL GOVERNMENT OF IRAQ,<br><br>       Defendant. | 23-cv-186 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The motions to seal at ECF Nos. 79, 132, and 138 are hereby GRANTED temporarily. The Court will decide whether to keep the material at issue under seal when it decides the underlying motions, after the stay in this case has been lifted.

  The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 79, 132, and 138.

  SO ORDERED.

Dated: December 18, 2024
    New York, New York

                 ARUN SUBRAMANIAN
                 United States District Judge